UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | CRIMINAL NO: |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **ERICK C. MCNAIR,** | : | VIOLATIONS: |
|    also known as "Nut" | : | |
|    also known as "Peanut," | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| **Defendant.** | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | |
| | : | 18 U.S.C. § 922(q)(2)(A) |
| | : | (Possession of a Firearm in a School Zone); |
| | : | |
| | : | 18 U.S.C. § 371 |
| | : | (Conspiracy to Commit Armed Carjackings); |
| | : | |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Crime of Violence); |
| | : | |
| | : | 18 U.S.C. § 2312 |
| | : | (Interstate Transportation of a Stolen Motor |
| | : | Vehicle) |
| | : | |
| | : | 22 D.C. Code § 3215(d)(1) |
| | : | (Unauthorized Use Of a Vehicle) |
| | : | |
| | : | 22 D.C. Code § 303 |
| | : | (Destruction of Property) |
| | : | |
| | : | 18 U.S.C. §2 |
| | | (Aiding and Abetting) |
| | | |
| | | 22 D.C. Code §1805 |
| | | (Aiding and Abetting) |

The Grand Jury charges:

## COUNT ONE

On or about January 2, 2003, within the District of Columbia, **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland, Case Number CT 01-0080X, did unlawfully and knowingly possess a firearm, that is, a Ruger Model P85 9mm semi-automatic pistol (Serial No. 302-61447), which had been possessed, shipped, and transported in and affecting interstate and foreign commerce, and ammunition, that is, 9mm ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about January 2, 2003, in the District of Columbia, **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** did unlawfully and knowingly possess a firearm, that being a Ruger Model P85 9mm semi-automatic pistol (Serial No. 302-61447), that had moved in and that otherwise affected interstate and foreign commerce at a place which he knew and had reasonable cause to believe was a school zone, that is, John Burroughs Elementary School and the Taft Special Educational Center, schools in the District of Columbia.

> (**Possession of a Firearm in a School Zone**, in violation of Title 18, United States Code, Section 922(q)(2)(A))

## COUNT THREE

On or about January 2, 2003, within the District of Columbia and the State of Maryland, **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** unlawfully, knowingly, and willfully did conspire with other individuals whose identities are known to the Grand Jury to commit armed carjackings, in violation of Title 18, United States Code, Section 2119.

### Object of the Conspiracy

The object of the conspiracy was to carjack and steal two cars and other valuables at gunpoint from persons who engaged in drug trafficking at an Amoco (now BP) Station at 4501 Eastern Avenue in Mount Rainier, Maryland.  One of the targets of the planned robberies and carjackings was John Crawford, also known as "John" or "John-John."  Another was Delonta Jackson, also known as "Fats" or "Fat Lontay."  Members of the conspiracy, including ERICK C. MCNAIR, also known as "Nut" or "Peanut," knew that Crawford and Jackson were drug dealers who regularly engaged in that activity at the Amoco Station.  Members of the conspiracy believed that Crawford and Jackson, beyond having the cars with which they were associated, would be likely to have money, drugs, guns, and other items of value.

### Overt Acts in Furtherance of the Conspiracy

During the course of and in furtherance of the conspiracy, members of the conspiracy did commit, among others, the following overt acts:

1. In the early evening hours of January 2, 2003, **ERICK C. MCNAIR, also known as "Nut" also known as  "Peanut,"** and other individuals whose identities are known to the Grand Jury, in the Taft Terrace neighborhood in upper Northeast, Washington, D.C., met and discussed committing armed robberies and carjackings at an Amoco (now BP) Station at 4501 Eastern Avenue

in Mount Rainier, Maryland.

2.  After meeting in the Taft Terrace neighborhood in upper northeast, Washington, D.C., members of the conspiracy, including **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** drove by the Amoco Station and saw their intended targets, who were at the Station by two cars, a black Cadillac Concourse and a blue Lincoln Town Car.

3.  Prior to robbing John Crawford, also known as "John" or "John-John," and Delonta Jackson, also known as "Fats" or "Fat Lontay," of their cars and other property, members of the conspiracy, including **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** armed themselves with pistols.

4.  Near the Amoco Station, three of the conspirators – **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** and two co-conspirators whose identities are known to the Grand Jury – got out in order to go and actually commit the robberies and carjackings. **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** was armed with two 9mm semi-automatic pistols: a Ruger Model P85 9mm semi-automatic pistol (Serial No. 302-61447), and a second Ruger 9mm semi-automatic pistol that belonged to a co-conspirator whose identity is known to members of the Grand Jury.

5.  Using two 9mm semi-automatic pistols, **ERICK C. MCNAIR, also known as "Nut" also known as  "Peanut,"** forced John Crawford, also known as "John" or "John-John," and Delonta Jackson, also known as "Fats" or "Fat Lontay," and a third individual who was with Crawford and Jackson, Corey Rious, to lie down, at which time they removed cash and other personal property from Delonta Jackson, Corey Rious, and John Crawford.

6.  A co-conspirator whose identity is known to the Grand Jury took the black Cadillac belonging to John Crawford, also known as "John" or "John-John," and drove it first to the Taft

Terrace neighborhood in upper northeast, Washington, D.C., and then to the nearby Fort Lincoln neighborhood, also in northeast, Washington, D.C.

7.   **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** and a co-conspirator whose identity is known to the Grand Jury, took the blue Lincoln, owned by Obral Jean Vance, and drove it first to the Taft Terrace neighborhood in upper northeast, Washington, D.C., and then to the nearby Fort Lincoln neighborhood, also in northeast, Washington, D.C.

8.   Members of the conspiracy, including **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** searched the black Cadillac and removed items of value, causing damage to the car as set forth in Count Seven of this Indictment.

9.   Members of the conspiracy, including **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** searched the blue Lincoln and removed items of value, causing damage to the car as set forth in Count Ten of this Indictment.

(**Conspiracy to Commit Armed Carjackings**, in violation of Title 18, United States Code, Section 371)

### COUNT FOUR

On January 2, 2003, within the District of Columbia, **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** did unlawfully and knowingly use, carry and possess a firearm during a crime of violence, that is, conspiracy to commit armed carjackings, for which he may be prosecuted in a court of the United States, that is, Count Three of this Indictment, which is incorporated herein.

(**Using, Carrying, and Possessing a Firearm During a Crime of Violence and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and (2))

## COUNT FIVE

On January 2, 2003, **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** and co-conspirators whose identities are known to the Grand Jury, did unlawfully and knowingly transport and cause to be transported in interstate commerce from the State of Maryland to the District of Columbia, a motor vehicle, to wit: a 1994 Cadillac Concourse and bearing Vehicle Identification Number 1G6KF52Y7RU204472, knowing that this motor vehicle had been stolen.

(**Interstate Transportation of Stolen Motor Vehicle and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2)

## COUNT SIX

On January 2, 2003, within the District of Columbia, **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** and co-conspirators whose identities are known to the Grand Jury, feloniously did use and operate one certain motor vehicle, that is, a 1994 Cadillac Concourse, property of John Crawford, and did operate and drive that motor vehicle for their own purpose, without the consent of John Crawford, the owner of that motor vehicle.

(**Unauthorized Use Of a Vehicle and Aiding and Abetting**, in violation of Title 22, District of Columbia Code, Sections 3215(b), 3215(d)(1), and 1805)

## COUNT SEVEN

On January 2, 2003, within the District of Columbia, **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** and co-conspirators whose identities are known to the Grand Jury, maliciously did injure, break, and destroy certain property, that is, the steering wheel and visor of a 1994 Cadillac Concourse, property of John Crawford, causing damage in the amount of $200 or more.

(**Destruction of Property and Aiding and Abetting**, in violation of Title 22, District of Columbia Code, Sections 303 and 1805)

## COUNT EIGHT

On January 2, 2003, **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** and co-conspirators whose identities are known to the Grand Jury, did unlawfully and knowingly transport and cause to be transported in interstate commerce from the State of Maryland to the District of Columbia, a motor vehicle, to wit: a 1987 Lincoln Town Car and bearing Vehicle Identification Number 1LNBM81F2HY645191, knowing that this motor vehicle had been stolen.

(**Interstate Transportation of Stolen Motor Vehicle and Aiding and Abetting**, in violation of Title18, United States Code, Sections 2312 and 2)

## COUNT NINE

On January 2, 2003, within the District of Columbia, **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** and co-conspirators whose identities are known to the Grand Jury, feloniously did use and operate one certain motor vehicle, that is, a 1987 Lincoln Town Car, property of Obral Jean Vance, and did operate and drive that motor vehicle for their own purpose, without the consent of Obral Jean Vance, the owner of that motor vehicle.

(**Unauthorized Use Of a Vehicle and Aiding and Abetting**, in violation of Title 22, District of Columbia Code, Sections 3215(b), 3215(d)(1), and 1805)

## COUNT TEN

On January 2, 2003, within the District of Columbia, **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** and co-conspirators whose identities are known to the Grand Jury, maliciously did injure, break, and destroy certain property, that is, the dashboard of a 1987 Lincoln Town Car, property of Obral Jean Vance, causing damage in the amount of $200 or more.

(**Destruction of Property and Aiding and Abetting**, in violation of Title 22, District of Columbia Code, Sections 303 and 1805)

## COUNT ELEVEN

On January 2, 2003, within the District of Columbia, **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland, Case Number CT 01-0080X, did unlawfully and knowingly receive and possess a second firearm, that is, another Ruger 9mm semi-automatic pistol, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce, and ammunition, that is, 9mm ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWELVE

On January 2, 2003, in the District of Columbia, **ERICK C. MCNAIR, also known as "Nut" also known as "Peanut,"** did unlawfully and knowingly possess a second firearm, that being another Ruger 9mm semi-automatic pistol, that had moved in and that otherwise affected interstate and foreign commerce at a place which he knew and had reasonable cause to believe was a school zone, that is, John Burroughs Elementary School and the Taft Special Educational Center, schools in the District of Columbia.

> (**Possession of a Firearm in a School Zone**, in violation of Title 18, United States Code, Section 922(q)(2)(A))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia