# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br><br> SEALED <br><br> ERICK C. MCNAIR | DOCKET NO: **06-121** | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br><br> Erick C. McNair | |

| WARRANT ISSUED ON THE BASIS OF: | **INDICTMENT** | DISTRICT OF ARREST | |
|---|---|---|---|
| **TO:** | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR

FILED

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

18:922(g)(1); 18:922(q)(2)(A); 18:371; 18:924(c)(1); 18: 2312; 22 DCC 3215(d)(1); 22 DCC: 303; 18:2; 22 DCC 1805

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: <br> **MAGISTRATE JUDGE KAY** | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> **U.S. MAGISTRATE JUDGE ALAN KAY** | DATE ISSUED: <br> 5/9/06 |
| CLERK OF COURT: <br> **Nancy Mayer-Whittington** | BY DEPUTY CLERK: *(signature)* | DATE: <br> 5/9/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 5-9-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE EXECUTED | 6-15-06 | SEAN McLEOD | *(signature)* |
| HIDTA CASE: | Yes ___ No X | | OCDETF CASE: Yes ___ No X |