UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEALED**

UNITED STATES OF AMERICA,

**FILED**

JUN 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.

Cr. No. 06-121M (JMF)

ERIC MCNAIR,

Defendant

### ORDER

The government having moved for the defendant's detention and there being no objection thereto, **IT IS ORDERED** that the government's motion is granted and that the defendant is detained pending trial.

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: 06/21/06