**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

Cr. No. 06-121-JR

ERIC MCNAIR,

Defendant

## ORDER

The government having moved for the defendant's detention and there being no objection thereto, **IT IS ORDERED** that the government's motion is granted and that the defendant is detained pending trial.

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: 06/21/06