SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | Case No: 06-121 (JR) |
| v. : | |
| ERICK C. MCNAIR, : | FILED |
| also known as "Nut" or "Peanut" : | JUN 2 3 2006 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### ORDER

Upon oral motion of the Government, and for good cause shown, it is this 22nd day of June, 2006, hereby ORDERED that the United States Marshals Service transport the defendant, Erick C. McNair, on the morning of June 23rd, 2006, to the United States District Court cellblock in Washington, D.C., and from there release him to the custody of Metropolitan Police Department Investigator Bill Xanten, who will take the defendant to the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on a charges contained in the indictment returned against him in this case. Upon the completion of the booking process, McNair shall be returned no later than 3:00 p.m. to the cellblock at the United States District Court at 333 Constitution Avenue, N.W., Washington, D.C., for further transport back to the D.C. Jail by the United States Marshals Service.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

cc: Michael D. Brittin, Esq.
Rachel Carlson Lieber, Esq.
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530

Brian K. McDaniel, Esq.
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036