IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ERIC MCNAIR, )<br>)<br>Defendant, )<br>_____) | Crim. No. 06-121<br>The Hon. Judge Robertson<br>Next Court Date: Aug. 23, 2006<br><br>*File under seal* |

### DEFENDANT'S WAIVER OF SPEEDY TRIAL

Now comes the Defendant, Mr. Eric McNair, by and through his counsel, Brian K. McDaniel and McDaniel & Asso. P.A. in noting his waiver of his speedy trial rights from the period of June 20, 2006 until and including August 23, 2006. This matter having come before the court on June 20, 2006 for a status hearing during which both government counsel and counsel for the defendant jointly requested a continued status date for the purpose of allowing time to pursue a possible disposition; and Mr. McNair having acknowledged his lack of objection to the tolling of the speedy trial time relevant to this matter during the aforementioned time period.

Wherefore, Mr. McNair waives the period of June 20, 2006 to August 23, 2006 for any calculation of his speedy trial rights.

Respectfully Submitted,

Brian K. McDaniel
McDaniel & Asso. P.A.
1211 Connecticut Ave. N.W.
Suite 506
Washington, D.C. 20036
Telephone (202) 331-0793
bkmassociates@aol.com

Counsel for the Defendant Eric McNair

CERTIFICATE OF MAILING

    I hereby certify that on this 20th day of July, 2006 a copy of the foregoing Waiver of Speedy Trial and it's attending Order, was mailed first class postage prepaid to: Mr. Michael Britten, Esq. 555 fourth street N.W., Washington, D.C. 20001.

_____
Brian K. McDaniel