IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 0 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 06-121 |
| ) | The Hon. Judge Robertson |
| ERIC MCNAIR, ) | Next Court Date: Aug. 23, 2006 |
| ) | |
| Defendant, ) | |
| ) | |

### ORDER

Upon consideration of the defendant's unopposed Waiver of Speedy Trial and all other information in the possession of this court; it is this _4th_ day of ___August___, 2006

ORDERED, that the Speedy Trial Act shall be tolled from June 20, 2006 to August 23, 2006.

_____
The Honorable Judge Robertson

RECEIVED

AUG 0 3 2006

Judge Robertson