UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA  : CR Docket No: 06-121 (JR)
                              :
         v.                   :
                              :
ERICK C. MCNAIR,              :
   also known as "Nut" or "Peanut"  :   



STATEMENT OF OFFENSE

The United States and the defendant, ERICK C. MCNAIR, also known as "Nut" or "Peanut,", agree that the following facts are true and correct:

1.  In the early evening hours of January 2, 2003, ERICK C. MCNAIR, also known as "Nut" or "Peanut," agreed and conspired with other individuals to commit armed robberies and carjackings at an Amoco (now BP) Station at 4501 Eastern Avenue in Mount Rainier, Maryland. The object of the conspiracy was to carjack and steal two cars and other valuables at gunpoint from persons who engaged in drug trafficking at an Amoco (now BP) Station at 4501 Eastern Avenue in Mount Rainier, Maryland.

2.  Before the armed robberies and carjackings took place, members of the conspiracy, including MCNAIR, met in the Taft Terrace neighborhood in upper Northeast, Washington, D.C. After that meeting, members of the conspiracy, including MCNAIR, drove by the Amoco Station and spotted their intended targets, who were at the Station by two cars, a black Cadillac Concourse and a blue Lincoln Town Car.

3.  One of the targets of the planned robberies and carjackings was John Crawford, also known as "John" or "John-John." Another was Delonta Jackson, also known as "Fats" or "Fat Lontay." Members of the conspiracy, including MCNAIR, knew that Crawford and Jackson were drug dealers who regularly engaged in that activity at the Amoco Station.

Members of the conspiracy believed that Crawford and Jackson, beyond having the cars with which they were associated, would be likely to have money, drugs, guns, and other items of value.

4.     Members of the conspiracy, including MCNAIR, agreed to rob Crawford and Jackson at gunpoint and to steal the cars – the black Cadillac and the blue Lincoln – that were at the Amoco Station with them. To that end, members of the conspiracy, including MCNAIR, armed themselves with pistols.

5.     Members of the conspiracy stopped near the Amoco Station where three of the conspirators, one of whom was MCNAIR, got out in order to go and actually commit the robberies and carjackings. These three members of the conspiracy walked onto the lot of the Amoco Station. MCNAIR was armed with two 9mm semi-automatic pistols: a Ruger Model P85 9mm semi-automatic pistol (Serial No. 302-61447), and a second Ruger 9mm semi-automatic pistol that belonged to a co-conspirator.

6.     Using two 9mm semi-automatic pistols, MCNAIR forced Crawford and Jackson, and a third individual who was with them, Corey Rious, to lie down. Another co-conspirator searched Jackson and Rious, removing cash from both of them and also taking a jacket from Jackson. MCNAIR took cash from Crawford.

7.     A co-conspirator took the black Cadillac belonging to Crawford and drove it first to the Taft Terrace neighborhood in upper Northeast, Washington, D.C., and then to the nearby Fort Lincoln neighborhood, also in Northeast, Washington, D.C. MCNAIR and another co-conspirator took the blue Lincoln, owned by Obral Jean Vance, and drove it first to the Taft Terrace neighborhood in upper Northeast, Washington, D.C., and then to the nearby Fort Lincoln

neighborhood, also in Northeast, Washington, D.C. Members of the conspiracy, including MCNAIR, searched the black Cadillac and the blue Lincoln and removed items of value, damaging both cars in the process.

<u>Limited Nature of Proffer</u>

8. This proffer of evidence is not intended to constitute a complete statement of all of the conduct of ERICK C. MCNAIR, also known as "Nut" or "Peanut," on or about the night of January 2, 2003, but is instead a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for MCNAIR's plea of guilty.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


By: _____
MICHAEL D. BRITTIN
RACHEL CARLSON LIEBER
Assistant United States Attorneys
(202) 307-0106 (MDB)
(202) 353-8055 (RCL)

## DEFENDANT'S ACCEPTANCE

I have read the Proffer of Evidence setting forth the facts in support of my guilty plea. I have discussed this proffer fully with my attorney, Brian K. McDaniel, Esq. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date:_____         _____
                                      ERICK C. MCNAIR

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's guilty plea. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date:_____         _____
                                      Brian K. McDaniel, Esq.
                                      Counsel for ERICK C. MCNAIR