UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| vs. | ) | DOCKET NO.: 06-121-01 |
| | ) | |
| **Erick McNair** | ) | |

## ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on November 14, 2006. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant.

Accordingly, it is by the Court, this 8th day of Dec., 20 06,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
**James Robertson**
**United States District Judge**